STATE OF CONNECTICUT *v.* SHAWN ROBINSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 32 Conn. App. 448 (AC 10960), is granted, limited to the following issues:

"1. Under the circumstances of this case, did the Appellate Court properly conclude that a new trial was required on the basis of a violation of a sequestration order?

"2. Under the circumstances of this case, did the Appellate Court properly conclude that the trial court had improperly failed to exercise its discretion in denying the defendant's motion for an examination pursuant to General Statutes § 17a-566?"

The Supreme Court docket number is SC 14846.

*Rita M. Shair,* assistant state's attorney, in support of the petition.

*Susan M. Hankins,* assistant public defender, in opposition.

Decided October 5, 1993

STATE OF CONNECTICUT *v.* LAWRENCE HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 476 (AC 11109), is denied.

*John S. Aissis,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* assistant state's attorney, in opposition.

Decided October 5, 1993